

NOTICE TO ALL PARTIES                                                                October 19, 2017

    Re:    **Freeman, Lawren vs SmartPay Leasing, LLC**
             Reference #: 1460004041

Dear Parties,

The arbitration of the above referenced matter was submitted to JAMS on August 18, 2017. JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness apply to this case. We have made multiple requests for full payment of the Filing Fee from the Respondents, which is required to commence the proceedings. As of today it remains unpaid and as such the arbitration file will be closed effective October 19, 2017.

Please contact me if you have any questions.

Sincerely,

Sherman Humphrey
Business Manager
JAMS Miami

Exhibit 1