

NOTICE TO ALL PARTIES                                                              October 24, 2017

    Re:    **Caban, Jennifer vs. SmartPay Leasing, LLC**
            Reference No. 1460004094

Dear Parties,

The arbitration of the above referenced matter was submitted to JAMS on September 14, 2017. JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness apply to this case. We have made multiple requests for full payment of the Filing Fee from the Respondents, which is required to commence the proceedings. As of today it remains unpaid and as such the arbitration file will be closed effective October 24, 2017.

Please contact me if you have any questions.

Sincerely,

*O. Montealegre*
Olga Montealegre
Case Manager
JAMS Miami

EXHIBIT 2