# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATHLEEN FLANIGAN,**

    **Plaintiff,**

**v.**                                                                                              Case No:   6:17-cv-2109-Orl-31TBS

**SMARTPAY LEASING, LLC,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's Motion to Compel Arbitration (Doc. 8), Plaintiff's Response (Doc. 12), and Defendant's Reply (Doc. 15).

The subject contract between the parties has a binding arbitration agreement that gives Plaintiff a choice between two arbitral fora: JAMS or AAA. In a similar case pending before this Court, the Plaintiff chose JAMS, but Defendant objected to JAMS' procedure and refused to pay the obligatory filing fee. *See Freeman v Smartpay*, Case No. 6:17-cv-938. Accordingly, the Court vacated the arbitration referral, lifted the stay, and reopened the litigation file (Doc. 24). Plaintiff contends that the same outcome will result in this case, and suggests that the Court simply shortcut the process and deny Defendant's Motion as futile.

While it appears likely that this case will proceed along the same track and with the same result as *Freeman*, the Court cannot presume that to be so. Accordingly, it is

**ORDERED** that Defendant's Motion is GRANTED. The matter is referred to arbitration and this case is STAYED until further order of the Court.

Case 6:17-cv-02109-GAP-TBS   Document 17   Filed 02/01/18   Page 2 of 2 PageID 89

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 1, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party