# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATHLEEN FLANIGAN,**

      **Plaintiff,**

**v.**                                             Case No:   6:17-cv-2109-Orl-31TBS

**SMARTPAY LEASING, LLC,**

      **Defendant.**

## ORDER

This cause is before the Court *sua sponte*.   On February 1, 2018, this case was stayed pending resolution by arbitration (Doc. 17).   It is

**ORDERED** that the parties shall file with the court by August 21, 2018, and every 90 days thereafter, reports regarding the status of the arbitration.   Failure to timely file the status reports may result in the case being dismissed without prejudice for failure to prosecute.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 7, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party