**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATHLEEN FLANIGAN,

    Plaintiff,

v.                                    Case No. 6:17-cv-02109-GAP-TBS

SMARTPAY LEASING, LLC,

    Defendant.
_____/

## JOINT STATUS REPORT

1.    The Parties, pursuant to the Court's Order referring the case to arbitration [Doc. 18], hereby submit this Joint Status Report.

2.    Plaintiff's claim in this matter was submitted to JAMS for arbitration on March 5, 2018.

3.    An Arbitrator has been assigned and a preliminary scheduling conference was held on August 3, 2018.

4.    The Evidentiary Hearing in this matter is scheduled for January 28, 2019 and January 29, 2019 in Tampa, Florida.

5.    The Parties will continue to advise the Court regarding the status of this matter every ninety (90) days.

Respectfully submitted, this 21th day of August, 2018.

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | *s/ Zina Gabsi, Esq.* |
| Amanda J. Allen, Esq. | Zina Gabsi, Esq. |
| Florida Bar No.: 98228 | Florida Bar No. 73789 |
| Amanda@TheConsumerProtectionFirm.com | Zina.Gabsi@bclplaw.com |
| THE CONSUMER PROTECTION FIRM | 200 South Biscayne Blvd., Suite 400 |
| 4030 Henderson Blvd. | Miami, FL 33131 |
| Tampa, FL 33629 | Telephone: (786) 322-7500 |
| Tel: (813) 500-1500 | Facsimile: (786) 322-7501 |
| Facsimile: (813) 435-2369 | *Attorneys for Respondent/Defendant* |
| *Attorneys for Claimant/Plaintiff* | |

/

–2–

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                      */s/ Amanda J. Allen*
                                      Amanda J. Allen